UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  2:25-01255                                                                 Date:  May 29, 2025

Title:  *Isaiah Clifton Gaines v. Los Angeles County Metro., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On February 13, 2025, Plaintiff's Complaint was removed from Los Angeles County Superior Court.  (Dkt No. 1.)  The deadline for Plaintiff to serve the Summons and Complaint upon defendants Arana and Lira was May 14, 2025.  Fed. R. of Civ. Proc. 4; C.D. Cal. L. R. 73-2.  Plaintiff is required to file a proof of service of the Summons and Complaint within 14 days of service.  C.D. Cal. L. R. 4-6.  To date, Plaintiff has not filed proof of service executed upon defendants Arana and Lira.

Plaintiff is **ORDERED TO SHOW CAUSE** why this defendants Arana and Lira should not be dismissed from this action for failure to prosecute.  Plaintiff must file a written response no later than **June 12, 2025.**  Filing a proof of service that shows completed service upon defendants Arana and Lira will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of defendants Arana and Lira from this action.**

**IT IS SO ORDERED.**

Initials of Clerk kh